UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CIV-60482-BLOOM/Valle

NOLAN MORAN,

    Plaintiff,

v.

CONSOLIDATED WORLD TRAVEL, INC.,
d/b/a Holiday Cruise Line,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties Joint Report Regarding Resolution of MDL Proceedings and Stipulation of Dismissal, ECF No. [24]. On May 11, 2015, the Court stayed this action pending resolution of MDL proceedings in *In re Holiday Cruise Line TCPA Call/Text Litigation*, MDL No. 15-51 (J.P.M.L.). *See* ECF No. [23]. The parties now advise the Court that the MDL Panel has denied centralization. ECF No. [24]. Additionally, Plaintiff indicates that the parties have stipulated to a dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *Id.*

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that that this matter is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of August, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record